JOSEPH ENGELMAN, Appellant, v. DAVID SIEGEL and Another, Respondents.—

Motion granted. Case to be added to the calendar for the May term, 1925. Present — Kelly, P. J., Jaycox, Manning, Young and Kapper, JJ.